## Case No. 13,340.

### STEARNS v. RIPLEY.

[Nowhere reported; opinion not now accessible.]